UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Carter,

    Plaintiff,

Case No. 13-14017

Honorable Nancy G. Edmunds

v.

G & S Food Shop and R &S Food Shop,

    Defendants.
    _____/

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 10, 2013 REPORT AND RECOMMENDATION [8]

Before the Court is the magistrate judge's report and recommendation on Plaintiff John Carter's pro se complaint against Defendants. (Dkt. 8.) The magistrate judge recommends dismissing Plaintiff's complaint with prejudice for lack of subject matter jurisdiction.

Plaintiff has filed objections, which the Court has reviewed.

Being fully advised in the premises, having read the pleadings, and reviewed Plaintiff's objections, de novo, the Court finds that Plaintiff's objections do not have merit and that the Court agrees with the magistrate judge's recommendation.

The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

So ordered.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: October 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 30, 2013, by electronic and/or ordinary mail.

                                             s/Johnetta M. Curry-Williams
                                             Case Manager
                                             Acting in the Absence of Carol A. Hemeyer